**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DANIEL WATROUS,** § | |
| **RACHEL WATROUS,** § | |
| § | |
| Plaintiffs, § | |
| § | **CIVIL ACTION NO. 4:17-cv-1267** |
| v. § | |
| § | |
| **ALLSTATE VEHICLE AND** § | |
| **PROPERTY INSURANCE COMPANY,** § | |
| § | |
| Defendant. | |

## INDEX OF STATE COURT DOCUMENTS

The following is an index of all documents that clearly identifies each document and indicates the date the document was filed in the Montgomery County District Clerk in this case:

| Exhibit | Date | Document |
|---------|------|----------|
| B | | Docket Sheet |
| B-1 | 3-2-2017 | Civil Case Information Sheet |
| B-2 | 3-2-2017 | Original Petition |
| B-3 | 3-9-2017 | Pick up Form |
| B-4 | 3-29-2017 | Return Citation |
| B-5 | 4-10-2017 | Answer - Allstate |