

# CHRIS DANIEL
HARRIS COUNTY DISTRICT CLERK

ENTERED_____
VERIFIED __w__

## Civil Process Pick-Up Form

CAUSE NUMBER: 2017-13051

ATY_____   CIV_____   COURT 164

**REQUESTING ATTORNEY/FIRM NOTIFICATION**

*ATTORNEY: Corona, Jesse      PH: _____
*CIVIL PROCESS SERVER: Johnny Black - (Box 13)
*PH: 713-906-2804
*PERSON NOTIFIED SVC READY: Johnny Black
*NOTIFIED BY: Monica Estrada
DATE: 3/20/2017

Type of Service Document: Cit       Tracking Number 73352822
Type of Service Document: _____   Tracking Number _____
Type of Service Document: _____   Tracking Number _____
Type of Service Document: _____   Tracking Number _____
Type of Service Document: _____   Tracking Number _____
Type of Service Document: _____   Tracking Number _____
Type of Service Document: _____   Tracking Number _____

Process papers prepared by: **RHONDA MOMON**

Date: 3/16 , 2017    30 days waiting _____

*Process papers released to: JB      JB
                            (PRINT NAME)
7906 2804
*(CONTACT NUMBER)          (SIGNATURE)

*Process papers released by: C. Cocillo
                             (PRINT NAME)
                             _____
                             (SIGNATURE)
*Date: 3/22/17 , 2014  Time: 11 25  AM/PM


Certified Document Number: 74386439 - Page 1 of 1

## EXHIBIT B-3

Revised 12-15-2014



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   April 20, 2017

Certified Document Number:        74386439 Total Pages: 1

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**