4/2/2017 12:26:47 PM
Chris Daniel - District Clerk Harris County
Envelope No. 16215132
By: Bristalyn Daniels
Filed: 4/3/2017 12:00:00 AM

CAUSE NO. 201713051

RECEIPT NO. 0.00 CIV
********** TR # 73352822

PLAINTIFF: WATROUS, DANIEL
vs.
DEFENDANT: ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY

In The 164th
Judicial District Court
of Harris County, Texas
164TH DISTRICT COURT
Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

TO: ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY MAY BE SERVED
   BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
   OR WHEREVER IT MAY BE FOUND
   1999 BRYAN STREET SUITE 900   DALLAS TX   75201 - 3106
   Attached is a copy of PLAINTIFF'S ORIGINAL PETITION REQUEST FOR DISCLOSURE FIRST SET OF INTERROGATORIES REQUEST FOR PRODUCTION REQUEST FOR ADMISSIONS

This instrument was filed on the 24th day of February, 2017, in the above cited cause number and court. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
   This citation was issued on 16th day of March, 2017, under my hand and seal of said Court.

Issued at request of:
CORONA, JESSE S.
521 N SAM HOUSTON PKWY E.
SUITE 420
HOUSTON, TX 77060
Tel: (281) 882-3531
Bar No.: 24082184

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: MOMON, RHONDA MICHELLE
HWP//10619253

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at 325 o'clock P .M., on the 23 day of MARCH, 2017.
Executed at (address) 1999 BRYAN STREET, STE 900 DALLAS TEXAS in
VIA CMRRR 7016 1370 0002 3447 2744
DALLAS County at 932 o'clock A .M., on the 27 day of MARCH,
, by delivering to ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY defendant, in person, a
C/O CT CORPORATION SYSTEM, REGISTERED AGENT
true copy of this Citation together with the accompanying 1 copy(ies) of the Petition
PLAINTIFF'S ORIGINAL PETITION AND DISCOVERY REQUESTS
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this 2 day of APRIL, 2017.

FEE: $ 85

_____ of _____ County, Texas

Johnny R Black
   Affiant

By SCH 209   1/31/19 EXP.
         Deputy

On this day, JOHNNY R. BLACK, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this 2 day of APRIL, 2017.

Sharon Justice Black
Notary Public

SHARON JUSTICE BLACK
Notary Public, State of Texas
My Commission Expires
July 07, 2019

*73352822*

N.INT.CITR.P

Certified Document Number: 74507913 - Page 1 of 2

**EXHIBIT B-4**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Chris Wells  MAR 2 7 2017 |
| Allstate Vehicle and Property Insurance Company<br>Corporation Service Company<br>1999 Bryan Street, Suite 900<br>Dallas, Texas 75201-3136 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 9590 9402 2203 6193 3519 64 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise |
| 7016 1370 0002 3447 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | |



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   April 20, 2017

Certified Document Number:        74507913 Total Pages: 2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**