4/17/2017 9:38:30 AM
Chris Daniel - District Clerk Harris County
Envelope No. 16478711
By: Bristalyn Daniels
Filed: 4/17/2017 9:38:30 AM

CAUSE NO. 2017-13051

| | | |
|---|---|---|
| DANIEL WATROUS, <br> RACHEL WATROUS, <br><br> Plaintiffs, <br><br> V. <br><br><br> ALLSTATE VEHICLE AND PROPERTY <br> INSURANCE COMPANY <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | IN THE DISTRICT COURT <br><br><br><br> HARRIS COUNTY, TEXAS <br><br><br><br><br> 164th JUDICIAL DISTRICT |

## DEFENDANT ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Allstate Vehicle and Property Insurance Company ("Defendant") and files this Original Answer and would respectfully show the following:

### I.
### ORIGINAL ANSWER

1. Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies each and every, all and singular, the allegations contained within Plaintiffs' Original Petition, and demands strict proof thereon by a preponderance of the credible evidence in accordance with the Constitution and laws of the State of Texas.

### II.
### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant Allstate Vehicle and Property Insurance Company prays that upon final trial and hearing hereof, Plaintiffs recover nothing from Defendant, but Defendant goes hence without delay and recovers costs of court and other such further relief, both general and special, to which Defendant may be justly entitled.

Certified Document Number: 74693193 - Page 1 of 2

**EXHIBIT B-5**

                                                                               */s/ Roger D. Higgins*
Roger D. Higgins
State Bar No. 09601500
THOMPSON, COE, COUSINS & IRONS, L.L.P.
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Telecopy: (214) 871-8209
rhiggins@thompsoncoe.com

*and*

Marilyn S. Cayce
State Bar No. 17705500
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8216
Telecopy: (713) 403-8299
mcayce@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT
ALLSTATE TEXAS LLOYD'S**

## CERTIFICATE OF SERVICE

      This is to certify that on April 17, 2017 a true and correct copy of the foregoing was delivered to the following counsel for Plaintiff by electronic service:

The Corona Law Firm
Jesse S. Corona
jesse@thecoronalawfirm.com
521 N Sam Houston Pkwy E, Suite 420
Houston, Texas 77060
ATTORNEYS FOR PLAINTIFF

                                                                               */s/ Marilyn S. Cayce*
Marilyn S. Cayce

Certified Document Number: 74693193 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   April 20, 2017

Certified Document Number:         74693193 Total Pages:  2

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**